UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21822-CV-KING/BANDSTRA

MARTIN POVEDA,

    Plaintiff,

v.

POPULAR MORTGAGE SERVICING,
INC. and FREMONT INVESTMENT &
LOAN CO.,

    Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO ASSESS ATTORNEY'S FEES

THIS CAUSE comes before the Court on the January 20, 2009 Report and Recommendation of Chief Magistrate Judge Ted E. Bandstra (D.E. #13) recommending that Defendant Fremont Investment & Loan Co.'s October 28, 2008 Motion to Assess Attorney's Fees be denied. No objections have been filed, and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

    1.    Chief Magistrate Judge Ted E. Bandstra's January 20, 2009 Report and Recommendation (**D.E. # 13**) be, and the same is hereby, **AFFIRMED and**

**ADOPTED.**

2. Defendant Fremont Investment & Loan Co.'s Motion to Assess Attorney's Fees **(D.E. #10)** be, and the same is hereby, **DENIED.**

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 9th day of February, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

*Counsel for Plaintiff*
**Frank J. Ingrassia**
Affirmative Defense Group PL
6101 W. Atlantic Boulevard
Suite 203
Margate, FL 33063

*Counsel for Defendant*
**Steven Ellison**
Broad and Cassel
1 North Clematis Street
Suite 500
West Palm Beach, FL 33401